UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| MARCUS MORGAN<br>                Plaintiff,<br><br>   v.<br><br>SVT, LLC, an Indiana Limited Liability Company,<br>d/b/a Strack & Van Til Super Market, Inc., an<br>Indiana Corporation<br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CAUSE NO: 1:10-cv-00474 |
|---|---|---|

## AGREED MOTION FOR EXTENSION OF TIME TO FILE DOCUMENT

COMES NOW, Defendant, SVT, LLC, an Indiana Limited Liability Company, d/b/a Strack & Van Til Super Market, Inc., an Indiana Corporation, by counsel, Richard P. Long, of Rubino, Ruman, Crosmer, Smith, Sersic & Polen and Plaintiff, Marcus Morgan, by counsel, David Lee, and for their Agreed Motion to Extend Time for SVT, LLC to file its Reply Brief in Support of Summary Judgment, state as follows:

1. Pursuant to the Court's Docket Entry of November 8, 2011, the Court entered an order requiring Plaintiff to file his response to SVT, LLC's Motion for Summary Judgment on or before January 9, 2012.

2. Plaintiff timely filed his Response on January 9, 2012.

3. Pursuant to the Court's order of November 8, 2011, advising that the "parties shall make a good faith effort to settle this case if possible," the parties have recently engaged in settlement communications.

4. SVT, LLC's Reply Brief is due on January 23, 2012, Prior to expending the time and expense on said Reply Brief, the parties have agreed to continue settlement discussions, would request that the Court extend the Reply Brief deadline by ten (10)

days.

5. Therefore, the parties request that SVT, LLC, be given until February 2, 2012, to file its Reply Brief.

WHEREFORE, Defendant, by counsel, and Plaintiff, by counsel, pray that this Court grant SVT, LLC an additional ten (10) days to file its Reply Brief in Support of Summary Judgment, up to and including February 2, 2012, and for such other relief as this Court deems just.

    Respectfully submitted,

    SVT, LLC

BY:   /s/ Richard P. Long
       Richard P. Long (#6210690)
       Attorney for Defendant

       Rubino, Ruman, Crosmer, Smith
       Sersic & Polen
       275 Joliet Street, Suite 330
       Dyer, IN 46311
       Phone: 219-322-8222
       Fax:   219-322-6675

      /s/ David L. Lee
       David L. Lee (#1604422)
       Attorney for Plaintiff, Marcus Morgan

       Law Offices of David L. Lee
       53 W. Jackson Blvd., Suite 505
       Chicago, IL 60604
       Phone: 312-347-4400
       Fax:   312-347-3272

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2012, service of a true and complete copy of the above and foregoing pleading or paper was made upon opposing counsel via electronic filing:

David L. Lee, Esq.
Law Offices of David L. Lee
53 West Jackson Boulevard
Suite 505
Chicago, IL  60604
Email: d-lee@davidleelaw.com

/s/ Richard P. Long